Per Curiam.

(No. 75-CC-336— )

MacMurray College, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

429

*Opinion filed March 24, 1975.*

MacMurray College, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.